# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TMO CA/NV, LLC, a Nevada Limited Liability Company and OMNIPOINT COMMUNICATIONS INC., a Delware Corporation,<br><br>　　　　　　　　　　Plaintiffs,<br>　vs.<br>CITY OF SAN DIEGO and CITY COUNCIL OF THE CITY OF SAN DIEGO,<br><br>　　　　　　　　　　Defendants. | CASE NO. 07cv815 WQH (LSP)<br><br>**ORDER** |

HAYES, Judge:

　　The joint motion of the parties for an order staying all proceedings until January 15, 2008 (Doc. # 11) is **GRANTED.**

DATED: October 30, 2007

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge