# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TMO CA/NV, LLC, a Nevada Limited Liability Company and OMNIPOINT COMMUNICATIONS INC., a Delware Corporation,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br>　vs.<br>CITY OF SAN DIEGO and CITY COUNCIL OF THE CITY OF SAN DIEGO,<br><br>　　　　　　　　　　　　　　Defendants. | CASE NO. 07cv815 WQH (LSP)<br><br>**ORDER** |

HAYES, Judge:

　　The joint motion of the parties for an order staying all proceedings until May 15, 2008 (Doc. # 15) is **GRANTED.** In the event that the action is not dismissed prior to May 15, 2008, the stay shall cease at 5:00 p.m. on May 15, 2008 and Defendants shall file an answer or other responsive pleading or motion with respect to the Complaint on or before June 1, 2008.

DATED: March 19, 2008

　　　　　　　　　　　　　　　　　　　　　_William Q. Hayes_
　　　　　　　　　　　　　　　　　　　　　**WILLIAM Q. HAYES**
　　　　　　　　　　　　　　　　　　　　　United States District Judge